# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 608 |
| | : | |
| ORDER  AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 1910.16-4, 1910.16-7, 1910.17 and | : | |
| 1910.27 OF THE PENNSYLVANIA | : | DOCKET |
| RULES OF CIVIL PROCEDURE | : | |
| | : | |

# ORDER

**PER CURIAM**

**AND NOW**, this 25th day of September, 2014, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1910.16-4, 1910.16-7, 1910.17 and 1910.27 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days on October 25, 2014.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.